UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,             :

                          Government,       :       12 CR. 945 (RMB)

         - against -             :       **ORDER**

JOHN FLAKE,                            :
                        Defendant.       :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 26, 2023 at 11:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 376 080 796#

Dated: October 18, 2023
       New York, NY

                                                                          **RICHARD M. BERMAN**
                                                                              **U.S.D.J.**