UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 12 CR. 945 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| JOHN FLAKE, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, January 25, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 510 801 644#

Dated: January 17, 2024
      New York, NY

                                        *Richard M. Berman*
                                      **RICHARD M. BERMAN**
                                              **U.S.D.J.**