**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,      :
      :
                Government,    :    12 CR. 945 (RMB)
      :
    - against -      :    **<u>ORDER</u>**
      :
JOHN FLAKE,      :
             Defendant.    :
-------------------------------------------------------------x

       The supervised release hearing previously scheduled for Thursday, March 28, 2024 at 11:00 A.M. is hereby rescheduled to Tuesday, April 16, 2024 at 11:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 200 513 306#

Dated: March 28, 2024
      New York, NY

                       *Richard M. Berman*
                   ———————————————
                   **RICHARD M. BERMAN**
                     **U.S.D.J.**