**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
                     Government,   :       12 CR. 945 (RMB)
                                       :
      - against -                     :       **ORDER**
                                       :
JOHN FLAKE,                            :
                                       :
                     Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 27, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 113 491 077#

Dated: June 18, 2024
       New York, NY

                                                     **RICHARD M. BERMAN**
                                                                U.S.D.J.