UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOHN FLAKE,

                    Defendant.

CASE NO.: 12 Cr. 945 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Wednesday, October 9, 2024 at 9:00 am is

now **RESCHEDULED** to **Wednesday, October 16, 2024 at 9:30 am** on Microsoft Teams.  Members

of the public can use the following dial-in information to access the audio of the proceeding:

(646) 453-4442; Conference ID: 896 963 188#.


Dated:        New York, New York
              August 26, 2024


                              SO ORDERED.


                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**