UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JOHN FLAKE,<br><br>           Defendant. | CASE NO.: 12 Cr. 945 (RMB)(SLC)<br><br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Wednesday, January 15, 2025 at 9:30 am is now **RESCHEDULED** to **Monday, January 13, 2025 at 4:30 pm** on Microsoft Teams. Members of the public can use the following dial-in information to access the audio of the proceeding: (646) 453-4442; Conference ID: 892 543 587#.

Dated:    New York, New York
                January 7, 2025

                                                 SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**