UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JOHN FLAKE,<br><br>　　　　　Defendant. | CASE NO.: 12 Cr. 945 (RMB)(SLC)<br><br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Monday, July 7, 2025 at 9:30 am is now **RESCHEDULED** to **Monday, August 4, 2025 at 2:15 pm** on Microsoft Teams.  Members of the public can use the following dial-in information to access the audio of the proceeding: (646) 453-4442; Conference ID: 892 543 587#.

Dated:　　New York, New York
　　　　　 July 1, 2025

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SARAH L. CAVE
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**