UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOHN FLAKE,

          Defendant.

CASE NO.: 12 Cr. 945 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Supervised Release Hearing (the "Hearing") is scheduled for **Thursday, November 6, 2025 at 9:30 am** on Microsoft Teams before the Honorable Richard M. Berman and the Honorable Sarah L. Cave. The Court requests that Mr. Flake's mental health counselor attend the Hearing. Members of the public can use the following dial-in information to access the audio of the proceeding: (646) 453-4442; Conference ID: 892 543 587#.

Dated:    New York, New York
          August 4, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**