UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA,<br><br><br>-v-<br><br><br>JOHN FLAKE,<br><br><br><br>Defendant. | CASE NO.: 12 Cr. 945 (RMB)(SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant John Flake's Supervised Release Conditions are hereby modified as follows:

The Additional Supervised Release Term requiring Mr. Flake to "participate in weekly therapeutic individual counseling and weekly therapeutic group counseling by a licensed therapist" is modified to change the frequency of the individual and group therapeutic counseling from weekly to bi-weekly. (See Dkt. No. 223 at 4).

All other Supervised Release Conditions remain in effect.

Dated:      New York, New York
            May 27, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**